```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LUIS MEJIA-CALDERON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR-S-12-00046 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| LUIS MEJIA-CALDERON ) | Date: April 6, 2012 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell |
| ) | |
| _____ ) | |

The parties request that the status conference in this case be continued from March 23, 2012, to April 6, 2012 at 9:00 a.m.  They stipulate that the time between March 23, 2012 and April 6, 2012 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). Specifically, counsel needs additional time investigate the facts of the case, review discovery, and to negotiate a resolution to this matter. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and

1 the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

Dated: March 23, 2012                    Respectfully submitted,

                                                 DANIEL BRODERICK
                                                 Federal Defender

                                               */s/ Douglas Beevers*

                                               DOUGLAS BEEVERS
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               LUIS MEJIA-CALDERON

Dated: March 23, 2012                    BENJAMIN B. WAGNER
                                               United States Attorney

                                               */s/ Michael Beckwith*

                                               Michael Beckwith
                                               Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for March 23, 2012, be continued to April 6, 2012, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the April 6, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: March 26, 2012

                                               GARLAND E. BURRELL, JR.
                                             United States District Judge