```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LUIS MEJIA-CALDERON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> LUIS MEJIA-CALDERON <br> Defendant. | Nos. CR-S-12-00046 GEB <br><br> STIPULATION AND ORDER <br> TO CONTINUE STATUS CONFERENCE <br><br> Date: August 3, 2012 <br> Time: 9:00 a.m. <br> Judge: Hon. Garland E. Burrell |

The parties request that the status conference in this case be continued from June 1, 2012, to August 3, 2012 at 9:00 a.m. They stipulate that the time between June 1, 2012 and August 3, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review the extensive discovery and to retain experts to interpret a transcript of the Spanish language audio recording evidence. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant

in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: July 19, 2012                    Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        */s/ Douglas Beevers*
                                        _____
                                        DOUGLAS BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        LUIS MEJIA-CALDERON

Dated: July 19, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Michael Beckwith*
                                        _____
                                        Michael Beckwith
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 1, 2012, be continued to August 3, 2012, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the August 3, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: July 19, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stip and Order                          -2-